CAMDEN SECURITIES COMPANY et al., appellants,

*v.*

HARRY NUROCK et al., respondents.

[Submitted May 19, 1933. Decided September 27th, 1933.]

*Mr. Aaron Heine* and *Mr. Patrick H. Harding,* for the appellants.

*Mr. Jacob L. Furer,* for the respondents.

PER CURIAM.

The decree of the court of chancery will be affirmed, for the reasons stated in the opinion of Vice-Chancellor **Davis,** and reported in *112 N. J. Eq. 92.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CASE, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 10.

*For reversal*—BODINE, HEHER, JJ. 2.